| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |
|---|---|---|

# CIVIL MINUTES -- GENERAL

Case No.  **EDCV 17-1725-JFW (ASx)**                                      Date: January 4, 2018

Title:    Chris Langer -v- Alfredo Jose Ortega, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER OF DISMISSAL

    In the Joint Notice of Settlement filed on January 3, 2018, Dkt. No. [21], the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before February 26, 2018. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until February 26, 2018. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.